NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30635
06-JUL-2011
08:18 AM**

NO. 30635

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MICHAEL C. TIERNEY, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 10-1-0018 (Cr. No. 08-1-0869))


ORDER DENYING PEITIONER-APPELLANT'S MOTION
FOR RECONSIDERATION EN BANC OF SUMMARY DISPOSITION ORDER
(By:  Foley, Presiding J., Fujise and Ginoza, JJ.)

Upon consideration of Petitioner-Appellant Michael C. Tierney's June 30, 2011 Motion for Reconsideration En Banc of the Intermediate Court of Appeals' Summary Disposition Order filed on June 21, 2011 and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, July 6, 2011.

Presiding Judge

Associate Judge

Associate Judge